FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FEB 17 04

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
      DEPUTY CLERK

| | | |
|---|---|---|
| MICHELLE YOCCO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-04-CA-0041-RF |
| | § | |
| JP MORGAN CHASE BANK d/b/a Chase Bank of Texas, N.A. | § § § | |
| | § | |
| Defendants. | | |

### ORDER DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS

A stipulation having been entered into by and between Plaintiff Michelle Yocco and Defendant JP Morgan Chase Bank (misidentified herein as JP Morgan Chase Bank d/b/a Chase Bank of Texas, N.A.) and the Court being fully advised of the premises:

Now, therefore, it is hereby GRANTED that all claims against Defendant JP Morgan Chase Bank (misidentified herein as JP Morgan Chase Bank d/b/a Chase Bank of Texas, N.A.) in the above action be and hereby are dismissed with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

Signed this 17th day of February, 2004.

_____
United States District Judge

30638065.1